UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

UNITED STATES OF AMERICA )
)
        v. ) NO. 1:11-00010-3
)
LARRY GLEN BLY )

## O R D E R

For the reasons stated in defendant's sealed motion (Docket Entry No. 95), defendant Bly has moved to continue the hearing on defendant's motion to ascertain status of appointed counsel previously scheduled for October 24, 2012 (Docket Entry No. 90).

Defendant's motion to continue is GRANTED. The hearing on defendant Bly's motion to ascertain status of appointed counsel is RESCHEDULED to **November 28, 2012, at 10:00 a.m.**

It is so **ORDERED**.

                                      s/ John S. Bryant
                                      JOHN S. BRYANT
                                      United States Magistrate Judge