UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | No. 1:11-00010 |
| | ) | Judge Sharp |
| LARRY BLY | ) | Magistrate Judge Bryant |

## MOTION TO VACATE ORDER APPOINTING COUNSEL AND TO CANCEL STATUS CONFERENCE

Larry Bly, by and through counsel, hereby moves this Honorable Court to vacate the order appointing counsel in this case and to cancel the status conference set on November 28, 2012. In support of this Motion, undersigned counsel would show the Court the following:

1. Undersigned counsel was appointed to represent Mr. Bly on December 16, 2011 upon a showing of the defendant's financial condition which existed at that time.

2. A status conference is scheduled on November 28, 2012 before the Honorable Judge Bryant to consider Mr. Bly's motion to determine whether his recently changed financial circumstances require the termination of the appointment of counsel under the Criminal Justice Act and this District's Plan which implements certain procedures under the Act. (See Document 86).

3. Since the filing of his motion for a status conference, Mr. Bly has determined that his changed financial circumstances will enable him to retain counsel of his own choosing, which is his absolute right.

4. Mr. Bly has elected to retain undersigned counsel to continue to represent him in this matter. The fee arrangement includes his payment to undersigned counsel of the amount which accrued at the hourly rate applicable under the Criminal Justice Act during the time in which he was unable to afford to hire counsel in this matter. Accordingly, undersigned counsel will not submit a

---

ORDER:

Motion is granted. The order appointing counsel is VACATED, and the hearing set for November 28, 2012, is CANCELED.

John Bryant, USMJ