UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:11-00010-3 |
| | ) | JUDGE SHARP |
| LARRY BLY | ) | |
| | ) | |

## **O R D E R**

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 176).

The motion is GRANTED and a hearing on a plea of guilty in this matter is hereby scheduled for Friday, April 25, 2014, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE