UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1-11-00010 |
| | ) | JUDGE SHARP |
| LARRY GLEN BLY | ) | |
| | ) | |

**O R D E R**

Pending before the Court is Defendant's Unopposed Motion to Continue Sentencing Hearing (Docket No. 211).

The motion is GRANTED and the sentencing hearing scheduled for July 28, 2014, is hereby rescheduled for Wednesday, September 24, 2014, at 10:30 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE