# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1-11-00010 |
| ) | JUDGE SHARP |
| LARRY BLY [3] ) | |
| ) | |

## **O R D E R**

Pending before the Court is Defendant's Unopposed Motion to Continue Sentencing Hearing (Docket No. 248).

The motion is GRANTED and the hearing set for September 24, 2014, is hereby rescheduled for Tuesday, November 12, 2014, at 1:30 p.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE